IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                Case No. 4:07-CV-227-SPM

DANELE O. GRANT,

    Defendant.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Pursuant to Plaintiff's "Motion to Dismiss Without Prejudice" (doc. 4) filed on July 19, 2007 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    This action is dismissed without prejudice.

2.    All pending motions are denied as moot.

**DONE AND ORDERED** this twenty-seventh day of July, 2007.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge